**STATE of Missouri, Respondent,**

v.

**Derrick Eugene FERRELL, Appellant.**

**No. WD 37751.**

Missouri Court of Appeals,
Western District.

Jan. 13, 1987.

Motion for Rehearing and/or
Transfer to Supreme Court Denied
March 3, 1987.

Janet M. Thompson, Columbia, for appellant.

William L. Webster, Atty. Gen., Carrie Francke, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and DIXON and TURNAGE, JJ.

## ORDER

PER CURIAM:

Derrick Eugene Ferrell appeals from his conviction of second degree burglary.

Affirmed. Rule 30.25(b).